# IN THE UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF HAWAI'I

| | |
|---|---|
| CHRISTOPHER HARDY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GUARDIAN LIFE INSURANCE COMPANY, LTD.,<br><br>Defendant. | Case No. _____<br><br>DEMAND FOR JURY TRIAL |

## **DEMAND FOR JURY TRIAL**

Plaintiff, individually and on behalf of the putative Class, demands a trial by jury on all issues so triable.

Dated: Honolulu, Hawai'i April 29, 2024.

                                              Respectfully Submitted,

                                              /s/ *Robert M. Hatch*
                                              Margery S. Bronster
                                              Robert M. Hatch
                                              **BRONSTER FUJICHAKU ROBBINS**

                                              Daniel O. Herrera*
                                              Nickolas J. Hagman*
                                              **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
                                              135 S. LaSalle, Suite 3210

Chicago, Illinois 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*\* Pro Hac Vice forthcoming*
*Attorneys for Plaintiff and the Proposed Class*